UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-01180-DOC-PD                    Date: January 18, 2022

Title     *Keshon Robinson v. Unknown*

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Plaintiff's Current Address and Failure to File a Fifth Amended Complaint

On November 17, 2021, the Court issued a screening order dismissing Plaintiff's Fourth Amended Complaint with leave to amend. [Dkt. No. 14.[1]] The Court's order was returned with a notation "released." [Dkt. No. 15.]

Local Rule 41-6 requires that a party proceeding pro se "must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

The Court previously cautioned Plaintiff that he must keep the Court apprised of his address at all times and that his failure to do so may result in

---

[1] A copy of the screening order dismissing Plaintiff's Fourth Amended Complaint with leave to amend is attached hereto. [*See* Dkt. No. 14.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-01180-DOC-PD                         Date: January 18, 2022

Title     *Keshon Robinson v. Unknown*

the case being dismissed for failure to prosecute.  [*See* Dkt. No. 3.]  *See also* Local Rule 83-2.4; Local Rule 41-6.

  According to the California Department of Corrections and Rehabilitation's ("CDCR") online inmate locator system, there is an inmate named Keshon Robinson who is in the custody of the CDCR at California State Prison-Corcoran.  *See* https://inmatelocator.cdcr.ca.gov/search.aspx  In the event that this is the same Keshon Robinson that filed the instant case, the Court is directing the court clerk to send this minute order to Keshon Robinson at California State Prison-Corcoran.

  Accordingly, Plaintiff is ordered to provide a current address and a Fifth Amended Complaint curing the deficiencies outlined in Docket Number 14 to the Court no later than **February 8, 2022**.  Failure to do so will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute.

Initials of Preparer     :
                        IM