UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHON ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01180-DOC-PD<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: Janaury 3, 2023

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE